NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASSAN B. STOECKEL, Assignor and JOHN K. SKIDMORE and HELEN M. SKIDMORE, Assignees<br><br>Plaintiffs,<br>v.<br><br>NATIONAL CONTINENTAL INSURANCE COMPANY, et al.<br><br>Defendants. | Civil Action No. 11-3970 (CCC)<br><br>ORDER |

**CECCHI, District Judge.**

This matter comes before the Court upon the Report and Recommendation [ECF Docket No. 10] of the Honorable Joseph A. Dickson regarding Plaintiffs' motion to remand [ECF Docket No. 5]. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 4th day of January, 2012,

**ORDERED** that the Report and Recommendation is ADOPTED and Plaintiffs' motion to remand is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

HON. CLAIRE C. CECCHI
United States District Judge